Order entered August 12, 2016



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00878-CV

## IN THE ESTATE OF GARY WAYNE LUNA

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-15-04253-1**

## ORDER

We **GRANT** the court reporter's August 10, 2016 motion for an extension of time to file the reporter's record and extend the time to **SEPTEMBER 16, 2016**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE